MCM;cjn

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

FAHIMA EGEH MAHAMUD

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No.  26-mj-168 (DTS)

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From at least in or about December 2020 through in or about July 2021, in the State and District of Minnesota, and elsewhere, the defendant, FAHIMA EGEH MAHAMUD, did knowingly devise and participate in a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, and by concealment of material facts, and for the purpose of executing such scheme and artifice, knowingly transmitted or caused to be transmitted by means of a wire communication in interstate commerce, certain writings, signs, signals, and sounds, including a May 7, 2021, email to recipients at Feeding Our Future with the subject line "Fwd: Future Leaders Early afterschool meal count and Menu," all in violation of 18 U.S.C. § 1343. I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime/Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3).

_____
*Complainant's signature*

Jared Kary, Special Agent, FBI
*Printed name and title*

Date:  2/12/26

_____
*Judge's Signature*

City and State: Minneapolis, MN

The Honorable David T. Schultz
United States Magistrate Judge
*Printed Name and Title*