IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL** |
| v. | Case No. 26-MJ-168 (DTS) |
| FAHIMA MAHAMUD | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jared F. Kary, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2008.

2.    As a Special Agent, my primary duties and responsibilities consist of conducting investigations of individuals and businesses for possible violations of federal laws. I am presently assigned to the FBI's Minneapolis, Minnesota field office where I am a member of the Complex Financial Crimes Squad.

3.    During my employment as a Special Agent, I have conducted and participated in investigations of varying degrees involving mail fraud, wire fraud, fraud against the government, money laundering, and other criminal acts, including criminal schemes where individuals misappropriate money from the investing public.

4.    I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), and am empowered by 18 U.S.C §§ 3052 and 3107 to conduct investigations of, and to make arrests for, violations of federal criminal statutes.

5.      This affidavit is based on my personal knowledge, interviews of witnesses, physical surveillance, information received from other law enforcement agents, my experience and training, and the experience of other agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the requested complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Fahima Mahamud violated Title 18, United States Code, Section 1343.

### PROBABLE CAUSE

6.      Fahima Mahamud is a target in an expansive federal investigation into the fraudulent theft of millions of taxpayer dollars from the Federal Child Nutrition Program by Feeding Our Future and hundreds of related entities and individuals. As discussed herein, evidence uncovered in this ongoing investigation indicates that Mahamud participated in the food program under Feeding Our Future's sponsorship and, in that role, submitted fraudulent meal counts and thereby received taxpayer-funded reimbursements to which she was not entitled. Her actions in support of that scheme violated 18 U.S.C. § 1343.

### A.      The Federal Child Nutrition Programs

7.      This case relates to an ongoing investigation into a scheme to defraud United States Department of Agriculture ("USDA") programs that provide federal funding to nutrition programs for children and low-income individuals across the

nation. The USDA operates two such programs—the Summer Food Service Program and the Child and Adult Care Food Program.

8. The Food and Nutrition Service is an agency of the United States Department of Agriculture that administers various federal child nutrition programs, including the Summer Food Service Program and Child and Adult Care Food Program (together, "the Federal Child Nutrition Program").

9. The Summer Food Service Program ("SFSP") is a federal program established to ensure that children continue to receive nutritious meals when school is not in session. The Summer Food Service Program reimburses non-profit organizations and other participating entities that serve free healthy meals and snacks to children and teens in low-income areas.

10. The Child and Adult Care Food Program ("CACFP") is a federal program that reimburses non-profit organizations and other participating entities that serve healthy meals and snacks to children and adults at participating childcare centers, daycares, and after-school programs.

11. The Federal Child Nutrition Program operates throughout the United States. The USDA's Food and Nutrition Service administers the program at the national and regional levels by distributing federal funds to state governments, which provide oversight over the Federal Child Nutrition Program.

12. The Minnesota Department of Education ("MDE") administers the Federal Child Nutrition Program in Minnesota.

13. Meals funded by the Federal Child Nutrition Program are served by "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by a sponsoring organization that is authorized to participate in the Federal Child Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

14. Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA then provides federal reimbursement funds on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursement to the sites under its sponsorship. The sponsoring agency retains 10 to 15 percent of the funds as an administrative fee in exchange for sponsoring the sites, submitting reimbursement claims, and disbursing the federal funds.

15. Historically, the Federal Child Nutrition Program has generally functioned by providing meals to children involved in educational-based programs or activities. During the Covid-19 pandemic, however, the USDA waived some of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, USDA allowed for-profit restaurants to participate in the program. It also allowed for off-site food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

**B.   Feeding Our Future Was a Fraudulent Sponsor**

16.    Feeding Our Future was a Minnesota non-profit organization purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Aimee Bock was the founder and Executive Director of Feeding Our Future. Feeding Our Future was an approved sponsor of the Federal Child Nutrition Program.

17.    Prior to the onset of the Covid-19 pandemic, Feeding Our Future was a small non-profit that sponsored the participation of Minnesota daycares and after school programs in the Federal Child Nutrition Program.

18.    Beginning in approximately April 2020, Feeding Our Future dramatically increased the number of sites under its sponsorship as well as the amount of Federal Child Nutrition Program funds received by those sites. Feeding Our Future went from receiving and disbursing approximately $3.4 million in federal funds to sites under its sponsorship in 2019 to approximately $200 million in 2021.

19.    Aimee Bock oversaw a scheme to defraud, carried out by sites under the sponsorship of Feeding Our Future. Aimee Bock and Feeding Our Future sponsored entities that submitted fraudulent reimbursement claims and fake documentation. In 2020 and 2021, Aimee Bock and her company sponsored the opening of more than 250 Federal Child Nutrition Program sites, knowing that the sites were submitting fraudulent claims. Those claims inflated the counts of meals purportedly served to children and thereby claimed larger reimbursements than the sites were entitled to receive.

5

20. In exchange for sponsoring the sites' fraudulent participation in the program, Feeding Our Future received nearly $18 million in Federal Child Nutrition Program funds as administrative fees in 2021. Because the amount of administrative fees it received was based on the amount of federal funds received by sites under its sponsorship, Feeding Our Future received tens of millions of dollars in administrative fees to which it was not entitled, due to its sponsorship and facilitation of fraudulent sites participating in the program.

21. In addition to receiving tens of millions of dollars in administrative fees, Feeding Our Future employees solicited and received bribes and kickbacks from individuals and sites under the sponsorship of Feeding Our Future. In effect, Feeding Our Future operated a "pay-to-play" scheme in which individuals seeking to operate fraudulent sites under the sponsorship of Feeding Our Future had to kick back a portion of their fraudulent proceeds to Feeding Our Future employees. Many of these kickbacks were paid in cash or disguised as "consulting fees" paid to shell companies created by Feeding Our Future employees to conceal the true nature of the payments and to make them appear legitimate.

C.    Operation of Hundreds of Food Sites Under Feeding Our Future

22. In January 2022, law enforcement working on this investigation executed about two dozen search warrants on physical locations across the greater Twin Cities metro area. Those locations included purported food sites under Feeding Our Future's sponsorship, as well as the Feeding Our Future offices and the

businesses and homes of individuals purportedly working, whether as site operators, vendors, or both, within the food program.

23.    By this time, Feeding Our Future's fraudulent activities in the food program were extensive. In 2021, Feeding Our Future had about 300 food sites operating under its supervision. In that year alone, Feeding Our Future's sites claimed entitlement to approximately $200,000,000 in taxpayer dollars.

24.    Investigators have concluded that at least several dozens of the sites under Feeding Our Future's sponsorship operated fraudulently. Most of those sites engaged in similar, fraudulent conduct by generating fake documentation to support phony reimbursement claims. In particular, these sites generated: fake or inflated meal counts, sometimes falsely representing to have provided thousands of meals to children every day; fake or inflated rosters, purporting to represent the children served, but which were in fact populated wholly or in part with fake names; and fake or inflated invoices, falsely purporting to detail food purchased by the site operators.

25.    The operators of those fraudulent food sites collected their phony paperwork and sent it, typically on a monthly basis, to Feeding Our Future—their sponsor in the food program. As established at trial in *United States v. Bock*, Aimee Bock knew that much of that paperwork was fraudulent and yet she still submitted the associated claims to MDE for reimbursement. The investigation has concluded that other Feeding Our Future personnel also knew about this scheme and actively participated in it.

### D. Charges and Convictions

26. On or about September 13, 2022, a federal grand jury returned six indictments charging more than 40 defendants with participating in a scheme to defraud the Federal Child Nutrition Program.

27. Since that time, federal grand juries have returned additional indictments charging additional defendants in this scheme. To date, between those indictments and five criminal informations, 78 defendants have been charged.

28. 51 of those charged defendants have entered guilty pleas for their participation in this scheme, and another 7 defendants have been convicted of one or more felonies after jury trial.

29. In particular, on or about October 13, 2022, in 22-CR-238 (NEB), Hadith Ahmed pleaded guilty to conspiracy to commit wire fraud. In his plea agreement, Ahmed admitted, among other things, that he "solicited and accepted kickback payments from a number of sites under the sponsorship of Feeding Our Future" and that he "created and used a shell company to receive and conceal the kickback payments."

30. On or about February 1, 2024, in case 24-CR-24 (NEB), Hoda Abdi pleaded guilty to conspiracy to commit wire fraud. In her plea agreement, Hoda admitted, among other things, that she provided fake invoices falsely indicating that Alif Halal provided food to Future Leaders Early Learning Center, among others, as part of the scheme to defraud the Federal Child Nutrition Program.

31.     During April, May, and June 2024, in *United States v. Farah, et al.*, case 22-CR-124 (NEB/DJS), the government tried, and a jury convicted, Abdiaziz Farah, Mohamed Ismail, Abdimajid Nur, Mukhtar Shariff, and Hayat Nur on, variously, counts of wire fraud, wire fraud conspiracy, federal programs bribery, conspiracy to commit federal programs bribery, money laundering, and money laundering conspiracy. Two other defendants were found not guilty.

32.     During February and March 2025, in *United States v. Bock, et. al.*, 22-CR-223 (NEB/DTS), the government tried, and a jury convicted, Aimee Bock and Salim Said. Both of those defendants were convicted of wire fraud, wire fraud conspiracy, federal programs bribery, and conspiracy to commit federal programs bribery. In addition, Salim Said was convicted of money laundering and money laundering conspiracy.

**E.   Fahima Mahamud Operated a Food Site Called Future Leaders Early Learning Center under the Sponsorship of Feeding Our Future**

33.     Fahima Mahamud incorporated Future Leaders Early Learning Center as a legal entity in March 2015. According to documents obtained during a warranted search of Feeding Our Future's office, Future Leaders participated in the Federal Child Nutrition Program under the sponsorship of Feeding Our Future beginning in 2018.



*Record Seized from Feeding Our Future's Offices*

34.    Prior to September 2018, Future Leaders participated in the federal child nutrition program under the sponsorship of another sponsoring organization. In September 2018, however, Fahima Mahamud signed a Sponsor Transfer Request form as Manager of the Future Leaders food site to be under the sponsorship of Feeding Our Future:

### 🌾 FEEDING OUR FUTURE

## SPONSOR TRANSFER REQUEST

**SITE INFORMATION**

| | | | |
|---|---|---|---|
| Site Name | Future Leaders Early | | |
| Address | 3641 Chicago Av | City, State, Zip | |
| Phone Number | 612-354-2400 | Email | fahimas hotmail.com |

**TRANSFER REQUEST**

Our center would like to transfer to FEEDING OUR FUTURE'S (FOF) sponsorship. We understand that we are not able to submit claims for the same month with FEEDING OUR FUTURE and our current sponsor.

**REASON FOR TRANSFER**

We would like to switch sponsors for the following reasons:

I switch because I want, I happy with C.

**EFFECTIVE DATE** 09-1-18

| | | | |
|---|---|---|---|
| First Claim with FOF | 9-1-18 | Last Claim with Current Sponsor | |

**SIGNATURE**

| | | | |
|---|---|---|---|
| Printed Name | Fahima Mahamud | Title | Manager |
| Signature | | Date | 9 1 18 |

**FOF CONTACT NOTES**

*Record Seized from Feeding Our Future's Offices*

35.    The Future Leaders food distribution site was purportedly located at 3641 Chicago Ave., Minneapolis, Minnesota, a business location with exterior signage that read "Future Leaders Early Learning Center."

36.     Feeding Our Future's records indicate that it sponsored Future Leaders' participation in the food program over a span of several years, starting as early as September 2018 and continuing through at least June 2021. Future Leaders participated under the sponsorship of Feeding Our Future for the remainder of 2018 and 2019, but the claims were modest—often less than $10,000 per month. However, in December 2020, the claims ballooned. From January 2021 through June 2021, the site purported to serve meals to over 1,000 children per day.

37.     During its participation in the program, Future Leaders claimed to serve hundreds of thousands of meals to children. In the month of December 2020, for example, Future Leaders claimed to have served about 27,000 meals to children. By February 2021, Future Leaders was claiming to serve nearly 60,000 meals to children monthly. Also, in February 2021, there were email communications between Aimee Bock and another staff member at Feeding Our Future concerning Mahamud's request to "increase from 500 to 1000".

From: Aimee Bock <aimee@feedingourfuturemn.org>
To: Coley Flynn <coley@feedingourfuturemn.org>
Subject: Re: FUTURE LEADERS AFERSCHOOL
Date: Tue, 02 Feb 2021 11:16:36 -0600

just let her

On Tue, Feb 2, 2021 at 9:13 AM Coley Flynn <coley@feedingourfuturemn.org> wrote:
Fahima wants to know if she can increase from 500 to 1000?

--
Coley Flynn
Food Program Manager
Office: 612.345.4922
Cell: 651.442.8458
Fax: 651.379.8752
www.feedingourfuturemn.org

CONFIDENTIAL EMAIL: This e-mail is intended solely for the addressee. The information contained herein is confidential. Any dissemination, distribution or copying of this e-mail, other than by its intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and delete this message.

--
Aimee Bock
Founder/Executive Director
Office: 612.345.4922
Cell: 218.428.2480
Fax: 651.379.8752
www.feedingourfuturemn.org
CONFIDENTIAL EMAIL: This e-mail is intended solely for the addressee. The information contained herein is confidential. Any dissemination, distribution or copying of this e-mail, other than by its intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and delete this message.

*Email from Aimee Bock to another Feeding Our Future staff member responding to Mahamud's request to increase from "500 to 1000".*

38.     On many or all of Future Leaders' meal counts forms (i.e., the forms on which sites are supposed to document the meals provided to children and for which they are seeking reimbursement from the sponsor), the supervisor is listed as "Fahima Mahamud" and the printed initial for "person taking the daily meal count certifying that the information is true and accurate" is "Fm".



FEEDING OUR FUTURE

## AFTERSCHOOL MEAL COUNTS – CLICKER

| Sponsor | FEEDING OUR FUTURE | Email | claims@feedingourfuturemn.org | | Phone | 612.345.4922 | | |
|---|---|---|---|---|---|---|---|---|
| Site | Future Leaders Ealy Learning Center | Supervisor | Fahima Mahamud | | Week of | 4-11-21 | | |
| Meal Type | x | SUPPER | | | x | SNACK | | |

| Available Meals | Sunday 4-11-21 | Monday 4-12-21 | Tuesday 4-13-21 | Wednesday 4-14-21 | Thursday 4-15-21 | Frida 4-16-21 | Saturday 4-17-21 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Number of meals received/prepared | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 7168 |
| Number of meals from yesterday | | | | | | | | |
| **Meal Counts** | Sunday | Monday | Tuesday | Wednesday | Thursday | Frida | Saturday | TOTAL |
| Number of firsts served to children | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 | 7168 |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of meals served to program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of meals served to non-program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of children requesting meals of food is gone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Food** | Sunday | Monday | Tuesday | Wednesday | Thursday | Frida | Saturday | TOTAL |
| FOOD TEMPERATURE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of non-reimbursable, incomplete or damaged meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Initials of person taking daily meal count certifying that the information is true and accurate | Fm | Fm | Fm | Fm | Fm | Fm | fm | |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

| Signature | Fahima | | | | Date | 05/4/2021 | |
|---|---|---|---|---|---|---|---|

This institution is an equal opportunity provider.

*Example of Future Leaders Meal Count Sheet Bearing Supervisor: "Fahima Mahamud" and initials "Fm"*

39.    In the April 2021 meal counts for Future Leaders, for example—from which the image above is drawn—Mahamud claims to have fed more than 1,000 meals (suppers and snacks) to children nearly every day of the month. On every one of those days, Mahamud claims to have served the exact number of meals that were prepared that day. That is, there is no day on which Mahamud's operation purportedly prepared more meals than they distributed.

40.    Via a warranted search of Feeding Our Future emails from Google, investigators found that some of the meal count forms signed by Fahima Mahamud were submitted to Feeding Our Future by Mahamud via email.

From: Coley Flynn <coley@feedingourfuturemn.org>
To: CACFP Claims <claims@feedingourfuturemn.org>
Subject: Fwd: Future Leaders Early afterschool meal count and Menu
Date: Fri, 07 May 2021 08:52:33 -0500
Attachments: 1_to_18_-28_Meal_count_28_April.pdf; 4-_April_Afterschool_Meal_Count.pdf; Menu_for_April_Afterschool.pdf

---------- Forwarded message ---------
From: fahima mahamud <fahim.99@hotmail.com>
Date: Thu, May 6, 2021 at 6:11 PM
Subject: Future Leaders Early afterschool meal count and Menu
To: Coley <coley@feedingourfuturemn.org>, undefined <hamdi@feedingourfuturemn.org>

--
Coley Flynn
Food Program Manager
Office: 612.345.4922
Cell: 651.442.8458
Fax: 651.379.8752
www.feedingourfuturemn.org

CONFIDENTIAL EMAIL: This e-mail is intended solely for the addressee. The information contained herein is confidential. Any dissemination, distribution or copying of this e-mail, other than by its intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and delete this message.

*Email from "Fahima Mahamud" to staff at Feeding Our Future, attaching documents that include the meal count form shown immediately above*

15

> **From:** Coley Flynn <coley@feedingourfuturemn.org>
> **To:** CACFP Claims <claims@feedingourfuturemn.org>
> **Subject:** Fwd: May-1 21-Future Leaders Clicker
> **Date:** Tue, 15 Jun 2021 14:55:41 -0500
> **Attachments:** 2-Future_Leaders_Clicker_and_menu_5-21.pdf
>
> ---------- Forwarded message ---------
> From: fahima mahamud <fahim.99@hotmail.com>
> Date: Tue, Jun 15, 2021 at 2:54 PM
> Subject: May-1 21-Future Leaders Clicker
> To: Coley <coley@feedingourfuturemn.org>, Hamdi Shirwa <hamdi@feedingourfuturemn.org>
>
> --
> Coley Flynn
> Food Program Manager
> Office: 612.345.4922
> Cell: 651.442.8458
> Fax: 651.379.8752
> www.feedingourfuturemn.org
>
> CONFIDENTIAL EMAIL: This e-mail is intended solely for the addressee. The information contained herein is confidential. Any dissemination, distribution or copying of this e-mail, other than by its intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and delete this message.

*Email from "Fahima Mahamud" to Feeding Our Future staff, attaching meal counts for the month of May 2021*

### F.    Fahima Mahamud's Future Leaders Used Fraudulent Invoices to Support Future Leader's Reimbursement Claims

41.    The records seized from Feeding Our Future's offices also include several invoices and receipts purportedly for food purchased by Future Leaders for use in the food program.

42.    Evidence obtained in this ongoing investigation indicates that many of those invoices and receipts are inflated or fraudulent.

16

43.    Some of those invoices were from a purported halal vendor of food. The halal vendor was operated by a woman named Co-conspirator 1. In April 2024, Co-conspirator 1 pleaded guilty to a criminal information charging her with wire fraud conspiracy. Co-conspirator 1 has admitted to law enforcement that she used the halal vendor to create fraudulent invoices or receipts for food that misrepresented or inflated the quantities of food actually purchased.[1]

44.    Co-conspirator 1 also admitted that she created such fraudulent receipts for Future Leaders in particular.

---

[1] Co-conspirator 1 has met with investigators on multiple occasions. No promises have been made to Co-conspirator 1, although Co-conspirator 1 is cooperating in hopes of receiving a reduced sentence. Co-conspirator 1 has not been paid for cooperation.

17



| | |
|---|---|
| Kellogg's Rice Krispies 12 OZ x 400 | $1,196.00 |
| GM Cheerios Whole Grain Oats 18 OZ x 100 | $369.00 |
| Milk 1% Bulk 4 x 500 | $5,580.00 |
| Jumbo Onions Box 50lbs x 30 | $386.70 |
| Large Plum Tomatoes 25 Lbs x 28 | $475.44 |
| Tuna Can Box 24 x 85 | $1,999.20 |
| Utility Potatoes 80ct- 50lbs x 29 | $363.37 |
| Orange Box x 32 | $1,280.00 |
| Jumbo Carrots 25lbs x 34 | $424.66 |
| Fuji Apple 56/64ct x 26 | $949.78 |
| Subtotal | $13,024.15 |
| Total Taxes | $0.00 |

*Portion of Alif Halal invoice found in Feeding Our Future file containing Future Leaders documentation*

45.     Agents approached and met with Co-conspirator 1 regarding the halal vendor's participation in the federal child nutrition program in March 2023. After Co-conspirator 1 met with Agents, several co-conspirators, including Mahamud told Co-conspirator 1 to "stick with the story" and say they bought food from the halal vendor, which was a lie.

46.   Other invoices indicating that Shanghai Wholesale provided food to Future Leaders were seized from the Feeding Our Future office. From the investigation, my understanding is that fraudulent food sites operating under Feeding Our Future's sponsorship often purported to substantiate their reimbursement claims by submitting, among other paperwork, fraudulent invoices from Shanghai Wholesale. From my understanding of those invoices and my review of the Shanghai Wholesale invoices to Future Leaders found in Feeding Our Future's records, I believe some of those invoices to be fraudulent.

47.   The investigation indicates that Fahima Mahamud was personally involved in the submission of these kinds of invoices, including from Alif Halal and Shanghai Wholesale, to Feeding Our Future to support of Future Leaders' claims for reimbursement.

48.   For example, on June 11, 2021, an email from "fahima mahamud" to Feeding Our Future attached "Invoice_May-21_Future_Leaders_Afterschool." The attachment included invoices from Alif Halal and Shanghai Wholesale.

From: Coley Flynn <coley@feedingourfuturemn.org>
To: CACFP Claims <claims@feedingourfuturemn.org>
Subject: Fwd: Future Leaders
Date: Fri, 11 Jun 2021 15:08:51 -0500
Attachments: Invoice_May-21_Future_Leaders_Afterschool.pdf

--------- Forwarded message ---------
From: fahima mahamud <fahim.99@hotmail.com>
Date: Fri, Jun 11, 2021 at 2:28 PM
Subject: Future Leaders
To: Coley <coley@feedingourfuturemn.org>, undefined <hamdi@feedingourfuturemn.org>

--
Coley Flynn
Food Program Manager
Office: 612.345.4922
Cell: 651.442.8458
Fax: 651.379.8752
www.feedingourfuturemn.org

CONFIDENTIAL EMAIL: This e-mail is intended solely for the addressee. The information contained herein is confidential. Any dissemination, distribution or copying of this e-mail, other than by its intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and delete this message.

*Email from Fahima Mahamud to Feeding Our Future, attaching "Invoice_May-21_Future_Leaders_Afterschool"*

49.    Evidence from the investigation indicates that the email accounts coley@feedingourfuturemn.org and hamdi@feedingourfuturemn.org—the emails to which Mahamud apparently sent the email above, among others—were hosted by Google. Investigation evidence, including from interviews with and testimony from Google representatives, also indicates that in 2020 and 2021, Google did not have any servers supporting its email services in the state of Minnesota, meaning that emails

20

sent to Google-hosted emails in that period necessarily traveled across state lines to be received in Minnesota.

### G. Fahima Mahamud's Future Leaders Appears to Spend Relatively Little Money on Food

50. I believe the Future Leaders meal counts identified above, and others submitted to Feeding Our Future for reimbursement to Future Leaders, to be partly or wholly fraudulent. This belief relies in part on a forensic examination conducted by FBI forensic accountants on the US Bank and TruStone Bank checking accounts held in the name of Future Leaders Early Learning Center. Those records indicate that Fahima Mahamud is the sole signatory on those accounts.

51. Over the period during which Future Leaders claims ballooned under the sponsorship of Feeding Our Future (December 2020, through July 2021), Future Leaders bank account received about $854,185 from Feeding Our Future, purportedly as reimbursements for serving meals to children. However, in that same period, Future Leaders only spent from this account a marginal amount—approximately less than $125,705—on food. From my work on this investigation and my interviews of witnesses who worked at legitimate food distribution sites during the period in question, I do not believe Future Leaders could have on that budget actually provided the numbers of meals for which it claimed reimbursements. To be clear, about $31,868 of Future Leaders' funds in this period went to Alif Halal, but based on my knowledge of that entity, including as discussed above, and the use of fraudulent

invoices from that entity by many other sites in this broader scheme, I do not believe that $31,868 to represent legitimate food purchases.

52.    The forensic analysis indicates that, rather than purchase sufficient food to feed the claimed meals, Future Leaders principally made payments to individuals, including: $174,159 to Fahima Mahamud personally; $726,566 for real property purchases; and $359,020 to other companies associated with Fahima Mahamud.

**H.    Fahima Mahamud Closes Future Leaders Early Learning Center and Books International Flight**

53.    On February 10, 2026, Mahamud notified the Minnesota Department of Children Youth and Families that she was closing the Future Leaders Learning Center. On February 11, 2026, a new daycare center, not associated with or owned by Mahamud, registered to operate out of that same location.

54.    On February 10, 2026, Mahamud also booked a flight on Delta airlines to London via Priceline.com. The flight is scheduled to leave Minneapolis on February 12, 2026, with a return flight scheduled for February 20, 2026.

## CONCLUSION

55.    Based on the foregoing, I submit there is probable cause to believe that Fahima Mahamud has violated 18 U.S.C. § 1343 (wire fraud).

Special Agent Jared F. Kary
United States Department of Justice
Federal Bureau of Investigation

22

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime)
pursuant to Fed. R. Crim. P. 41(d)(3)
on February 12, 2026


THE HONORABLE DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE