**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNDER SEAL**

UNITED STATES OF AMERICA

     v.

AIMEE MARIE BOCK, ET AL.

Criminal No.  22-223 (NEB/DTS)

UNITED STATES OF AMERICA

     v.

HODA ALI ABDI

Criminal No.  24-24 (NEB)

UNITED STATES OF AMERICA

     v.

MUNA WAIS FIDHIN

Criminal No.  25-334 (NEB/DTS)

UNITED STATES OF AMERICA

     v.

FAHIMA EGEH MAHAMUD

Criminal No.  26-97 (JWB)

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■    The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

■    The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

■    The cases arise out of the same investigation and have temporal proximity;

■    A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

■    The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: May 26, 2026                         Respectfully submitted,

                                            DANIEL N. ROSEN
                                            United States Attorney

                                            */s/ Matthew C. Murphy*
                                    BY:     MATTHEW C. MURPHY
                                            REBECCA E. KLINE
                                            Assistant United States Attorneys

2