## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          Case No. 22-cr-223 (NEB/DTS)

        Plaintiff,

v.

AIMEE MARIE BOCK, et al.,

        Defendants.

UNITED STATES OF AMERICA,          Case No. 24-cr-024 (NEB)

        Plaintiff,

v.

HODA ALI ABDI,

        Defendant.

UNITED STATES OF AMERICA,          Case No. 25-cr-334 (NEB/DTS)

        Plaintiff,

v.

MUNA WAIS FIDHIN,

        Defendant.

UNITED STATES OF AMERICA,          Case No. 26-cr-097 (JWB)

        Plaintiff,

v.

FAHIMA EGEH MAHAMUD,

        Defendant.

**ORDER**

Case No. 22-cr-223 having been assigned to U.S. District Judge Nancy E. Brasel and U.S. Magistrate Judge David T. Schultz, Case No. 24-cr-024 having later been assigned to U.S. District Judge Nancy E. Brasel, Case No. 25-cr-334 having later been assigned to U.S. District Judge Nancy E. Brasel and U.S. Magistrate Judge David T. Schultz, and Case No. 26-cr-097 having later been assigned to U.S. District Judge Jerry W. Blackwell, and said matters being related cases,

**IT IS HEREBY ORDERED** that 26-cr-097 be assigned to Judge Nancy E. Brasel, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: May 28, 2026               *s/ Jerry W. Blackwell*
                                  Jerry W. Blackwell
                                  United States District Judge

Dated: June 1, 2026               *s/Nancy E. Brasel*
                                  Nancy E. Brasel
                                  United States District Judge

2