**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# ARRAIGNMENT and PLEA AGREEMENT HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>Plaintiff,<br><br>v.<br><br><br>FAHIMA EGEH MAHAMUD,<br><br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:      26-cr-97 (1) (NEB)<br>Date:      July 9, 2026<br>Court Reporter:      Renee Rogge<br>Courthouse:      Minneapolis<br>Courtroom:      13W<br>Time Commenced:   9:15 a.m.<br>Time Concluded:   10:15 a.m.<br>Time in Court:      1 hour |

APPEARANCES:
  Plaintiff:      Shankar Ramamurthy and Matthew Murphy, Assistant U.S. Attorneys
  Defendant:      Debra Hillstrom and Ryan Pacyga, Retained Attorneys

PROCEEDINGS:

Interpreter: Ayderus Ali/Somali

ARRAIGNMENT:
  ☒ Waived Reading of Charges      ☒ Advised of Rights      ☒ Waiver of Indictment
  on      Indictment   ☒ Information      Complaint

PLEA HEARING:
  ☒   Guilty as to Counts 1 and 2 of the Felony Information.
  ☒   Presentence Investigation Report Requested.
  ☒   Defendant is released on bond conditions.

Date: July 9, 2026                     s/Kristine Wegner
                                  Courtroom Deputy to Judge Nancy E. Brasel